UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE ROBERTSON,<br><br>             Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>             Respondents. | No. 2:15-cv-2102 AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

The application attacks a conviction issued by the San Luis Obispo County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Luis Obispo County. <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484, 497, 499 n.15 (1973); 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

////

////

////

1

2.  This matter is transferred to the United States District Court for the Central District of California.

DATED: January 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE