JS-6

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11   ROGER WAYNE ROBERTSON,              Case No. CV 16-0719 DOC (SS)

12                    Petitioner,

13        v.                                      **JUDGMENT**

14   JOE LIZARRAGA, Warden,

15                    Respondent.

16

17        Pursuant to the Court's Order Accepting Findings, Conclusions

18   and Recommendations of United States Magistrate Judge,

19

20        IT IS HEREBY ADJUDGED that the above-captioned action is

21   dismissed with prejudice.

22

23   DATED: September 13, 2016

24                                        DAVID O. CARTER
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28